# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diego Ismael Millan-Beltran, | No. CV-26-04638-PHX-DJH |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to answer the Petition. (Doc. 3.) Respondents did not file a timely response and Petitioner filed a Motion to Enforce. (Doc. 6). Respondents thereafter filed a response stating:

> Respondents do not oppose the habeas petition or the requested relief of release from custody.

(Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondent must immediately release Petitioner from custody under the same conditions that existed before his detention.

///

///

**IT IS FURTHER ORDERED** Respondent must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 21st day of July, 2026.

Honorable Diane J. Humetewa
United States District Judge